IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHAUN C. ALLEN**
**ADC # 158525**   **PLAINTIFF**

v.   Case No: 4:21-cv-01152-LPR

**STATE OF ARKANSAS,** *et al.*   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that all of Mr. Allen's claims that are time barred are hereby DISMISSED with prejudice. All of Mr. Allen's other claims are DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 8th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).